UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| DUSTIN GENE ABRAMS,<br><br>                  Plaintiff,<br><br>  v.<br><br>HILCO RECEIVABLES, LLC,<br><br>                  Defendant. | No. C09-5595 FDB/KLS<br><br>ORDER DIRECTING PLAINTIFF TO SUBMIT SERVICE COPY AND MARSHAL FORM |

      This case has been referred to United States Magistrate Judge Karen L. Strombom pursuant to 28 U.S.C. § 636(b)(1) and Local MJR 3 and 4. Plaintiff has been granted leave to proceed *in forma pauperis*. Dkt. 2. Plaintiff was previously ordered to serve the named defendant with summons and a copy of his complaint. Dkt. 8. However, service should have been completed by the court upon receipt of a completed summons form.

      Therefore, Plaintiff is directed to complete and submit to the court a service form including the complete address for the named defendant. Upon receipt of the completed form, the court will direct the United States Marshal to serve Plaintiff's complaint on the defendant.

      Accordingly, it is **ORDERED**:

           (1)    The Clerk of the Court is directed to send a service form to Plaintiff;

ORDER - 1

(2) Plaintiff is directed to fill out the form with the complete address for the named Defendant and return the form to the court so that the court may direct the U.S. Marshal may attempt service by mail upon the named Defendant. The completed marshal form must be returned on or before **May 14, 2010**, or the Court will recommend dismissal of this action for failure to prosecute.

**DATED** this   23rd  day of April, 2010.

Karen L. Strombom
United States Magistrate Judge

ORDER - 2